Hillsborough,
Jan. 5, 1932.

EMERSON W. BAKER *v.* MILLARD GOODALE & a.

*Lucier & Dowd,* for the plaintiff.

*Gerald F. Cobleigh,* for the defendants.

*Per Curiam.* The facts are incomplete, but apparently the trustee-process is now pending. Under such circumstances a petition for a declaratory judgment cannot be maintained. The statute (Laws 1929, c. 86) was not designed to furnish a substitute for the usual procedure. Where a suit is already pending which raises the question sought to be decided, the petition will not lie. *Lisbon District* v. *Lisbon, ante,* 173. No reason appears why the question presented cannot be settled in the trustee suit.

*Petition dismissed.*

Cheshire,
May 3, 1932.

STATE *v.* WHIPPET COACH (JOSEPH NADEAU, *Claimant*).

*Arthur Olson,* solicitor, for the state.

*Barton & Shulins,* for the claimant.

*Per Curiam.* The exception is without merit. P. L., c. 372, ss. 7, 9.

*Exception overruled.*